**BOUTIN JONES INC.**
Maralee Eriksen SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

Attorneys for Defendant Pacific Ethanol, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GS CLEANTECH CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC ETHANOL, INC., <br><br> Defendant. | Case No.:  2:13-CV-01042-JAM-AC <br><br> **PARTIES' JOINT MOTION TO EXTEND DEADLINE AND ORDER** <br><br> Judge John A. Mendez |

COME NOW the parties in the above-captioned matter, GS Cleantech Corporation ("GS") and Pacific Ethanol, Inc. ("PEI") (together, the "Parties"), and submit this joint motion to extend the November 22, 2013 deadline for the parties to exchange claim terms and claim elements for construction, and in support thereof state as follows:

1. The deadline for the Parties to exchange claim terms and claim elements for construction is November 22, 2013.

2. On August 29, 2013, this case was the subject of a Conditional Transfer Order (CTO–3) issued by the United State Judicial Panel on Multidistrict Litigation (the "Panel"), conditionally transferring this case to MDL in the Southern District of Indiana for coordinated pretrial proceedings.  PEI thereafter filed an Objection to the transfer.  The Panel is scheduled to consider that Objection on December 5, 2013.  The Parties herein therefore move this Court for the above extension until the Panel has determined whether this case will proceed in this District or in the Southern District of Indiana.

- 1 -
**PARTIES' JOINT MOTION TO EXTEND DEADLINE AND ORDER**
576173.1

1   3. The Parties will inform this Court of the Panel's transfer decision as soon as they
2   receive notice. If the Panel denies transfer to the MDL, the Parties and this Court can reset this and
3   any related deadlines as appropriate. If the Panel denies the Objection and transfers the case, the
4   current deadlines in this District will become moot.

   WHEREFORE, the Parties herein jointly move this Court for an extension of the
November 22, 2013 deadline to exchange claim terms and claim elements for construction until
after the Panel rules on whether this case will be transferred to the MDL in the Southern District of
Indiana, and will inform this Court of the MDL Panel's decision as soon as they are informed of it.

Date:   November 22, 2013

Respectfully submitted,

By:   /s/ *Michael A. Dee*
Michael A. Dee (AT0002043)
Camille L. Urban (AT0008024)
BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE AND SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-242-2488
Email: dee@brownwinick.com
curban@brownwinick.com

Maralee Erikson
BOUTIN JONES, INC.
555 Capitol Mall, Suite 500
Sacramento, CA  95814
Telephone: 916-321-4444
Facsimile:  916-441-7597
E-mail: meriksen@boutinjones.com

ATTORNEYS FOR DEFENDANT
PACIFIC ETHANOL, INC.

| | |
|---|---|
| 1 | By:/s/ Andrew C. Ryan |
| 2 | Andrew C. Ryan (admitted *pro hac vice*) |
| | Michael J. Rye (admitted *pro hac vice*) |
| 3 | CANTOR COLBURN LLP |
| 4 | 20 Church Street |
| | 22nd Floor |
| 5 | Hartford, CT 06103 |
| | Phone: (860) 286-2929 |
| 6 | Fax: (860) 286-0115 |
| 7 | ryan@cantorcolburn.com |
| | mrye@cantorcolburn.com |

Daniel L. Egan
Megan A. Lewis
Steven J. Williamson
Wilke Fleury Hoffelt Gould & Birney, LLP
400 Capitol Mall, Twenty Second Floor
Sacramento, CA 95184
degan@wilkefleury.com
mlewis@wilkefleury.com
swilliamson@wilkefleury.com

ATTORNEYS FOR PLAINTIFF
**GS CLEANTECH CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2013, a copy of this Motion was served on all interested parties through the Court's electronic filing system.


   /s/ Maralee Eriksen
Maralee Eriksen

- 3 -
**PARTIES' JOINT MOTION TO EXTEND DEADLINE AND ORDER**
576173.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court having read and considered the Parties' Joint Motion to Extend Deadline, and |
| 3 | good cause appearing, |
| 4 | IT IS THEREFORE ORDERED that the November 22, 2013 deadline to exchange claim |
| 5 | terms and claim elements for construction is extended until after the Panel rules on whether this |
| 6 | case will be transferred to the MDL in the Southern District of Indiana.  The Parties will inform this |
| 7 | Court of the MDL Panel's decision as soon as they are informed of it. |
| 8 | Dated:  11/22/2013          /s/ John A. Mendez                              |
| 9 | JUDGE OF THE U.S. DISTRICT COURT |